UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff                    Honorable Mark A Goldsmith

-vs-

ANDRE TAYLOR JR,                                Case No 20-cr-20515

                    Defendant
_____/

STIPULATION TO ADJOURN FINAL PRETRIAL
AND PLEA CUTOFF REGARDING TRIAL SCHEDULE
AND EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT

NOW COME the parties, by their respective counsel, and hereby

Stipulate to Adjourn the Final Pretrial and Plea Cutoff currently scheduled for

October 20, 2021 to a later date to be set by the Court.  This delay [of

approximately (2) weeks] is requested based upon the ends of justice and the

interest of the Defendant, within the meaning of 18 USC § 3161 (h) (7), due to

factual and legal complexity of the case, the extensive volume of discovery to be

analyzed and reviewed, because travel restrictions, limitations on jail visitation,

and other logistical issues caused by the COVID-19 pandemic have posed

significant challenges to preparing for trial.  This request is excludable under the

terms of the Speedy Trial Act, 18 USC § 3161.

/s/ John K Neal (*with consent*)          /s/Arthur Jay Weiss
JOHN K NEAL (P 85052)               ARTHUR JAY WEISS (P 25225)
Assistant United States Attorney        Attorney for Defendant
211 West Fort Street                30445 Northwestern Highway
Suite 2001                          Suite 225
Detroit, Michigan 48226-3220        Farmington Hills, Michigan 48334-3158
(313) 226-9644                      (248) 855-5888
john.neal@usdoj.gov                 arthurweiss@ajweisslaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                         Plaintiff                    Honorable Mark A Goldsmith

-vs-

ANDRE TAYLOR JR,                                Case No 20-cr-20515

                         Defendant
_____/


AMEDNED ORDER ADJOURNING FINAL PRETRIAL
AND PLEA CUTOFF REGARDING TRIAL SCHEDULE
AND EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT


        WHEREAS, a Stipulation to said effect having been filed and the Court

being duly advised in these premises;

        IT IS HEREBY ORDERED the Final Pretrial and Plea Cutoff currently

scheduled for October 20, 2021 be Adjourned until November 16, 2021, at 3:00

p.m..  The trial currently scheduled for November 15, 2021 be adjourned until

December 13, 2021 at 8:30 a.m.

        IT IS FURTHER ORDERED the time period from November 15, 2021

until December 13, 2021, qualifies as excludable delay under the Speedy Trial Act,

18 USC § 3161 (h) (7).  For the reasons described in the parties' Stipulation, and

after considering the factors listed in § 3161 (h) (7) (B), the Court finds the ends of

justice served by granting the parties' requested trial date outweighs the best

interests of the public and the Defendant in a speedy trial and the time from

November 15, 2021 until <u>December 13, 2021</u> qualifies as excludable delay under

18 USC § 3161 (h) (7).

    IT IS SO ORDERED.

Dated:  October 18, 2021                    s/Mark A. Goldsmith
        Detroit, Michigan                  MARK A. GOLDSMITH
                                           United States District Judge