UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                                        Plaintiff,

v.                                                          Case No. 2:20−cr−20515−MAG−DRG
                                                            Hon. Mark A. Goldsmith
Andre Taylor, Jr, et al.,

                                        Defendant(s),

---

**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  Andre Taylor, Jr

   The defendant(s) shall appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 815, Detroit, Michigan, for the following proceeding(s):

   • SENTENCING:  April 26, 2022 at 02:30 PM

   **ADDITIONAL INFORMATION:**     Sentencing Memoranda due by 4/19/2022


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/K Sandusky_____
                                              Case Manager

Dated:   December 22, 2021